472 A.2d 234

Commonwealth v. Dotson-Africa, Appellant.

Submitted September 9, 1983. Richard E. Johnson, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Judgment of sentence affirmed.

SPAETH, President Judge, filed a memorandum concurring statement.

472 A.2d 235

Commonwealth v. Dukeman, Appellant.

Submitted October 14, 1983. James Vincent McGough, for appellant; Stephen D. Wicks, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

The order to the PCHA court is affirmed.